UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re YEISLEY.

Case No. 26-cv-07552-TSH

**ORDER OF TRANSFER**

On July 22, 2026, the Court received a letter from Plaintiff. Dkt. No. 1. Because Plaintiff requested relief from this Court, the Court opened an action pursuant to this letter. Dkt. No. 1. Plaintiff is housed at Rio Consumnes Correctional Center in Elk Grove, California; and requests relief regarding interactions with the Sacramento Police Department that occurred at the University of California, Davis, which is located in Yolo County, and relief related to his ongoing trial in Sacramento County Superior Court. *See generally* Dkt. No. 1. The events giving rise to Plaintiff's claim occurred in either Yolo County or Sacramento County, both of which lie within the Eastern District of California. *See* 28 U.S.C. § 84(b). No events took place in this district, and no party to this action is located in this district. Plaintiff is currently located in Sacramento County, which is located in the Eastern District of California. Venue therefore properly lies in the Eastern District.

//

//

//

//

//

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case in this district.

**IT IS SO ORDERED.**

Dated: July 24, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California