UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN YEISLEY,<br>Plaintiff,<br>v.<br>UNKNOWN,<br>Defendant. | No. 2:26-cv-2623 SCR P<br><br>ORDER |

Plaintiff, a pretrial detainee at Rio Consumnes Correctional Center, initiated this action by filing a letter with the Northern District of California seeking "details or resources" that would be useful in addressing alleged violations of his Sixth Amendment right to a speedy trial. ECF No. 1. The Northern District later transferred the action to this judicial district. ECF No. 5. Plaintiff filed a nearly identical letter with this judicial district that the Clerk opened as Yeisley v. Unknown, Case No. 2:26-cv-02534 SCR (E.D. Cal.) ("Yeisley I"). In that later-filed but lower-numbered action, the undersigned has granted plaintiff to leave to file a complaint and an application to proceed in forma pauperis. Yeisley I, ECF No. 6.

This action is duplicative of Yeisley I and subject to sua sponte dismissal pursuant to 28 U.S.C. § 1915A(b)(1) and the Court's inherent authority to control its own docket. See Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) ("A complaint 'that merely repeats pending or previously litigated claims'" is subject to dismissal under 28 U.S.C. § 1915A); M.M. v. Lafayette Sch. Dist., 681 F.3d 1082, 1091 (9th Cir. 2012) ("It is well established that a district

court has broad discretion to control its own docket, and that includes the power to dismiss duplicative claims.") (citations omitted). Due to the risk of the accrual of a strike under 28 U.S.C. § 1915(g), the undersigned will first grant plaintiff leave to voluntarily dismiss this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file a notice of voluntary dismissal of this action within thirty (30) days of service of this order.

2. Plaintiff is advised that if he does not file a notice of voluntary dismissal within 30 days, the undersigned will issue findings recommendations that this action be dismissed as duplicative of the lower-numbered action Yeisley I pursuant to 28 U.S.C. § 1915A(b)(1).

DATED: August 13, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE