UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN YEISLEY, Plaintiff, v. UNKNOWN, Defendants. | No. 2:26-cv-02623 SCR<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

Plaintiff, a pretrial detainee at Rio Consumnes Correctional Center, filed a letter with the Court seeking "details or resources" that would help him address alleged violations of his Sixth Amendment right to a speedy trial. ECF No. 1. Plaintiff's letter was substantially identical to the one that initiated another action currently pending in this judicial district, Yeisley v. Unknown, Case No. 2:26-cv-02534 SCR (E.D. Cal) ("Yeisley I").[1] On August 14, 2026, citing the risk of an accrual of a strike under 28 U.S.C. § 1915(g), the undersigned ordered Plaintiff to file a notice of voluntary dismissal within thirty days and advised him that a failure to comply would result in the recommendation that the action be dismissed as duplicative of Yeisley I. ECF No. 9.

More than thirty days have passed, and Plaintiff has not voluntarily dismissed the action. Accordingly, the undersigned recommends that the action be dismissed as duplicative of Yeisley I

[1] Petitioner paid the filing fee in Yeisley I and his first amended complaint is pending screening pursuant to 28 U.S.C. § 1915A.

pursuant to 28 U.S.C. § 1915A(b)(1). See Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) ("A complaint 'that merely repeats pending or previously litigated claims'" is subject to dismissal under 28 U.S.C. § 1915A) (citation omitted); Denton v. Hernandez, 504 U.S. 25, 31 (1992) (observing that Congress authorized courts to dismiss an in forma pauperis complaint that is "frivolous, malicious, or repetitive") (citing 28 U.S.C. § 1915(e)); M.M. v. Lafayette Sch. Dist., 681 F.3d 1082, 1091 (9th Cir. 2012) ("It is well established that a district court has broad discretion to control its own docket, and that includes the power to dismiss duplicative claims.") (citations omitted). "Dismissal of the duplicative lawsuit, more so than the issuance of a stay or the enjoinment of proceedings, promotes judicial economy and the 'comprehensive disposition of litigation.'" Adams v. California Dep't of Health Servs., 487 F.3d 684, 692 (9th Cir. 2007) (citation omitted), overruled on other grounds by Taylor v. Sturgell, 553 U.S. 880, 904 (2008).

**CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a District Judge to this matter.

IT IS FURTHER RECOMMENDED that the action be dismissed as duplicative of Yeisley I pursuant to 28 U.S.C. § 1915A(b)(1).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judges Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 5, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE